# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: NALECK, LEONARD J  § Case No. 13-46105-ABG
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 27, 2013. The undersigned trustee was appointed on November 27, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         141,420.34

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 66.03 |
| Bank service fees | 1,947.38 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 19,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 120,406.93 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/13/2014 and the deadline for filing governmental claims was 05/26/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,371.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,371.02, for a total compensation of $9,371.02.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/18/2015         By: /s/ILENE F. GOLDSTEIN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-46105-ABG  
**Case Name:** NALECK, LEONARD J  

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/27/13 (f)  
**§341(a) Meeting Date:** 01/09/14  

**Period Ending:** 05/18/15  
**Claims Bar Date:** 06/13/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  21245 Cliffside Dr., Kildeer, IL 60047  Imported from original petition Doc# 1 | 420,000.00 | 0.00 | | 0.00 | FA |
| 2  8256 W. Forest Preserve Dr., Chicago,  Imported from original petition Doc# 1 | 280,000.00 | 0.00 | | 0.00 | FA |
| 3  Westgate Vacation Villas timeshare  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 4  Cash  Imported from Amended Doc#: 29 | 200.00 | 0.00 | | 0.00 | FA |
| 5  Fifth-Third checking account  Imported from Amended Doc#: 29 | 775.00 | 375.00 | | 0.00 | FA |
| 6  Fifth-Third savings account  Imported from Amended Doc#: 29 | 1,250.00 | 0.00 | | 0.00 | FA |
| 7  PNC checking account  Imported from Amended Doc#: 29 | 2,100.00 | 0.00 | | 0.00 | FA |
| 8  PNC savings account  Imported from Amended Doc#: 29 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9  Kone Credit Union savings account  Imported from Amended Doc#: 29 | 1,900.00 | 1,900.00 | | 0.00 | FA |
| 10  Misc. household goods  Imported from Amended Doc#: 29 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 11  Misc. petty items  Imported from Amended Doc#: 29 | 500.00 | 500.00 | | 0.00 | FA |
| 12  Misc. clothing  Imported from Amended Doc#: 29 | 100.00 | 100.00 | | 0.00 | FA |
| 13  Misc. petty items  Imported from Amended Doc#: 29 | 100.00 | 100.00 | | 0.00 | FA |
| 14  Misc. petty items  Imported from Amended Doc#: 29 | 100.00 | 100.00 | | 0.00 | FA |
| 15  Prudential whole life insruance (two policies)  Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 16  IEUC Local 2 pension  Imported from Amended Doc#: 29 | Unknown | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-46105-ABG  
**Case Name:** NALECK, LEONARD J  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/27/13 (f)  
**§341(a) Meeting Date:** 01/09/14  

**Period Ending:** 05/18/15  
**Claims Bar Date:** 06/13/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 401k through work<br>Imported from Amended Doc#: 29 | 150,000.00 | 0.00 | | 0.00 | FA |
| 18 | IRA<br>Imported from Amended Doc#: 29 | 60,000.00 | 0.00 | | 0.00 | FA |
| 19 | IRA - Roth<br>Imported from Amended Doc#: 29 | 60,000.00 | 0.00 | | 0.00 | FA |
| 20 | Fidelity account<br>Imported from Amended Doc#: 29 | 50.00 | 0.00 | | 0.00 | FA |
| 21 | Wrongful death lawsuit<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 22 | Wrongful death lawsuit<br>Imported from Amended Doc#: 29 | 141,251.82 | 137,251.82 | | 141,420.34 | FA |
| 23 | 2008 Ford Edge (78k miles)<br>Imported from Amended Doc#: 29 | 9,156.00 | 0.00 | | 0.00 | FA |
| 23 | **Assets Totals** (Excluding unknown values) | **$1,129,482.82** | **$142,326.82** | | **$141,420.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE RECENTLY OBTIANED AN APPROVAL OF A WRONGFUL DEATH CLAIM. IN ADDITION RESOLVED EXEMPTION ISSUES WITH THE DEBTOR. THE TRUSTEE ALSO RESOLVED CLAIMS. SHE IS IN THE PROCESS OF CLOSING THIS CASE.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2015      **Current Projected Date Of Final Report (TFR):**   June 30, 2015

Printed: 05/18/2015 02:10 PM    V.13.23

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-46105-ABG  
**Case Name:** NALECK, LEONARD J

**Taxpayer ID #:** **-***5114  
**Period Ending:** 05/18/15

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/26/14 | {22} | Levin $PercontoCFA | Settlement of PI Claim | 1129-000 | 141,420.34 | | 141,420.34 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 141,410.34 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 223.73 | 141,186.61 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.30 | 140,990.31 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.31 | 140,774.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.23 | 140,564.77 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.96 | 140,382.81 |
| 12/05/14 | 101 | Leonard Naleck | Exemtions Wrongful Death | 8100-002 | | 15,000.00 | 125,382.81 |
| 12/05/14 | 102 | Leonard Naleck | Exemptions Wild card | 8100-002 | | 4,000.00 | 121,382.81 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.27 | 121,168.54 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.28 | 120,994.26 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.42 | 120,831.84 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.38 | 120,646.46 |
| 04/03/15 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #13-46105, Bond | 2300-000 | | 66.03 | 120,580.43 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.50 | 120,406.93 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | ACCOUNT TOTALS | | 141,420.34 | 21,013.41 | $120,406.93 |
|  |  | Less: Bank Transfers | | 0.00 | 0.00 | |
|  |  | **Subtotal** | | 141,420.34 | 21,013.41 | |
|  |  | Less: Payments to Debtors | | | 19,000.00 | |
|  |  | **NET Receipts / Disbursements** | | **$141,420.34** | **$2,013.41** | |

| Net Receipts : | 141,420.34 |
|---|---|
| Less Payments to Debtor : | 19,000.00 |
| Net Estate : | $122,420.34 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0066** | 141,420.34 | 2,013.41 | 120,406.93 |
| | **$141,420.34** | **$2,013.41** | **$120,406.93** |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 13, 2014

**Case Number:** 13-46105-ABG
**Debtor Name:** NALECK, LEONARD J

Page: 1

**Date:** May 18, 2015
**Time:** 02:10:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $9,371.02 | $0.00 | 9,371.02 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $167.60 | $0.00 | 167.60 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $10,935.00 | $0.00 | 10,935.00 |
| 1<br>100 | Ford Motor Credit Company LLC<br>Po Box 6275<br>Dearborn, MI 48121 | Secured | History: Details1-103/17/2014Claim #1 filed by Ford Motor Credit Company LLC, Amount claimed: $6861.08 (Kaczmarczyk, Loretta )<br>--------------------------------------------------------------------------------* * *<br>41 11/07/2014 Notice of Hearing and Objection to Claim(s) 1 of Ford Motor Credit Company LLC Filed by Ilene F Goldstein ESQ on behalf of Ilene F Goldstein ESQ. Hearing scheduled for 12/19/2014 at 01:00 PM at North Branch Court (Round Lake Beach) 1792 Nicole Lane, Round Lake Beach, IL 60073. (Attachments: # 1 Proposed Order)(Goldstein, Ilene)<br>42 11/25/2014 Withdrawal of Claim(s): 1 Filed by Ford Motor Credit Company LLC. (Grahl, Sonya)<br>43 12/19/2014 (E)Order Mooting Objection to Claim 1 (RE: 41 Objection to Claim). Signed on 12/19/2014 (Green, Charlie) | $0.00 | $0.00 | 0.00 |
| 12<br>100 | Hoyne Savings Bank<br>Brandon R Freud,Ruff Frued Breems & Nelson Ltd,200 N LaSalle St., Suite 2020<br>Chicago, IL 60601 | Secured | History: Details12-106/12/2014Claim #12 filed by Hoyne Savings Bank, Amount claimed: $254935.90 (Freud, Brandon )<br>--------------------------------------------------------------------------------* * *<br>38 11/07/2014 Withdrawal of Claim(s): 12 Filed by Ilene F Goldstein ESQ on behalf of Hoyne Savings Bank. (Goldstein, Ilene) | $0.00 | $0.00 | 0.00 |
| 13S<br>100 | Hoyne Savings Bank<br>Brandon R Freud,Ruff Frued Breems & Nelson Ltd,200 N LaSalle St., Suite 2020<br>Chicago, IL 60601 | Secured | History: Details13-106/12/2014Claim #13 filed by Hoyne Savings Bank, Amount claimed: $224433.35 (Freud, Brandon )<br>--------------------------------------------------------------------------------* * *<br>39 11/07/2014 Stipulation of Claim(s) 13 Filed by Ilene F Goldstein ESQ on behalf of Hoyne Savings Bank. (Goldstein, Ilene) | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 13, 2014

**Case Number:** 13-46105-ABG  
**Debtor Name:** NALECK, LEONARD J

Page: 2

**Date:** May 18, 2015  
**Time:** 02:10:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14S 100 | Hoyne Savings Bank<br>Brandon R Freud, Ruff Frued Breems & Nelson Ltd, 200 N LaSalle St., Suite 2020<br>Chicago, IL 60601 | Secured | History: Details14-106/12/2014Claim #14 filed by Hoyne Savings Bank, Amount claimed: $340410.69 (Freud, Brandon )<br>--------------------------------------------------------------------------------\* \* \*<br>40 11/07/2014 Stipulation of Claim(s) 14 Filed by Ilene F Goldstein ESQ on behalf of Hoyne Savings Bank. (Goldstein, Ilene) | $0.00 | $0.00 | 0.00 |
| 2 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details2-103/18/2014Claim #2 filed by Discover Bank, Amount claimed: $13609.72 (Dingus, Mandy )<br>--------------------------------------------------------------------------------\* \* \* | $13,609.72 | $0.00 | 13,609.72 |
| 3 610 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | History: Details3-103/20/2014Claim #3 filed by Quantum3 Group LLC as agent for, Amount claimed: $7787.83 (Sandhu, Dhar )<br>--------------------------------------------------------------------------------\* \* \* | $7,787.83 | $0.00 | 7,787.83 |
| 4 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | Unsecured | History: Details4-105/15/2014Claim #4 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $1516.10 (Gaines, Susan )<br>--------------------------------------------------------------------------------\* \* \* | $1,516.10 | $0.00 | 1,516.10 |
| 5 610 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387, 2230 E Imperial Hwy<br>El Segundo, CA 90245 | Unsecured | History: Details5-106/03/2014Claim #5 filed by American InfoSource LP as agent for, Amount claimed: $1137.67 (Matchett, Amanda )<br>--------------------------------------------------------------------------------\* \* \* | $1,137.67 | $0.00 | 1,137.67 |
| 6 610 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | History: Details6-106/05/2014Claim #6 filed by US BANK N.A., Amount claimed: $2133.79 (Secrest, Tina )<br>--------------------------------------------------------------------------------\* \* \* | $2,133.79 | $0.00 | 2,133.79 |
| 7 610 | Portfolio Recovery Associates, LLC<br>Successor to DELL FINANCIAL SERVICES,<br>By PRA Receivables, LLC, POB 41067<br>Norfolk, VA 23541 | Unsecured | History: Details7-106/05/2014Claim #7 filed by Portfolio Recovery Associates, LLC, Amount claimed: $7261.95 (Garcia, Dolores )<br>--------------------------------------------------------------------------------\* \* \* | $7,261.95 | $0.00 | 7,261.95 |
| 8 610 | Portfolio Recovery Associates, LLC<br>Successor to FIA CARD SERVICES, N.A.,<br>Norfolk, VA 23541 | Unsecured | History: Details8-106/05/2014Claim #8 filed by Portfolio Recovery Associates, LLC, Amount claimed: $23590.78 (Garcia, Dolores )<br>--------------------------------------------------------------------------------\* \* \* | $23,590.78 | $0.00 | 23,590.78 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 13, 2014

**Case Number:** 13-46105-ABG  
**Debtor Name:** NALECK, LEONARD J

Page: 3

**Date:** May 18, 2015  
**Time:** 02:10:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | History: Details9-106/08/2014Claim #9 filed by Capital Recovery V, LLC, Amount claimed: $6826.53 (Singh, Ramesh )<br>-----------------------------------------------------------------------------* * * | $6,826.53 | $0.00 | 6,826.53 |
| 10<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | History: Details10-106/08/2014Claim #10 filed by Capital Recovery V, LLC, Amount claimed: $1140.28 (Singh, Ramesh )<br>-----------------------------------------------------------------------------* * * | $1,140.28 | $0.00 | 1,140.28 |
| 11<br>610 | Portfolio Recovery Associates, LLC<br>successor to GENERAL ELECTRIC CAPITAL CO<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | History: Details11-106/09/2014Claim #11 filed by Portfolio Recovery Associates, LLC, Amount claimed: $4722.58 (Garcia, Dolores )<br>-----------------------------------------------------------------------------* * * | $4,722.58 | $0.00 | 4,722.58 |
| 13U<br>610 | Hoyne Savings Bank<br>Brandon R Freud,Ruff Frued Breems &<br>Nelson Ltd,200 N LaSalle St., Suite 2020<br>Chicago, IL 60601 | Unsecured | History: Details13-106/12/2014Claim #13 filed by Hoyne Savings Bank, Amount claimed: $224433.35 (Freud, Brandon )<br>-----------------------------------------------------------------------------* * * | $59,369.25 | $0.00 | 59,369.25 |
| 14U<br>610 | Hoyne Savings Bank<br>Brandon R Freud,Ruff Frued Breems &<br>Nelson Ltd,200 N LaSalle St., Suite 2020<br>Chicago, IL 60601 | Unsecured | History: Details14-106/12/2014Claim #14 filed by Hoyne Savings Bank, Amount claimed: $340410.69 (Freud, Brandon )<br>-----------------------------------------------------------------------------* * * | $60,410.69 | $0.00 | 60,410.69 |
| 15<br>610 | Velocity Investments, LLC<br>c/o ADLER AND ASSOCIATES<br>25 E WASHINGTON, STE. 1221<br>CHICAGO, IL 60602 | Unsecured | History: Details15-106/13/2014Claim #15 filed by Velocity Investments, LLC, Amount claimed: $9922.90 (Weissbeck, William )<br>-----------------------------------------------------------------------------* * * | $9,922.90 | $0.00 | 9,922.90 |
| 16<br>610 | Velocity Investments, LLC<br>c/o ADLER AND ASSOCIATES<br>25 E WASHINGTON, STE. 1221<br>CHICAGO, IL 60602 | Unsecured | History: Details16-106/13/2014Claim #16 filed by Velocity Investments, LLC, Amount claimed: $10286.51 (Weissbeck, William )<br>-----------------------------------------------------------------------------* * * | $10,286.51 | $0.00 | 10,286.51 |
| **<< Totals >>** | | | | 230,190.20 | 0.00 | 230,190.20 |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 13-46105-ABG
Case Name: NALECK, LEONARD J
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**     $ 120,406.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 6,861.08 | 0.00 | 0.00 | 0.00 |
| 12 | Hoyne Savings Bank | 254,935.90 | 0.00 | 0.00 | 0.00 |
| 13S | Hoyne Savings Bank | 165,064.10 | 0.00 | 0.00 | 0.00 |
| 14S | Hoyne Savings Bank | 280,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $ 0.00
Remaining balance:     $ 120,406.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 9,371.02 | 0.00 | 9,371.02 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 10,935.00 | 0.00 | 10,935.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 167.60 | 0.00 | 167.60 |

Total to be paid for chapter 7 administration expenses:     $ 20,473.62
Remaining balance:     $ 99,933.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $ 0.00
Remaining balance:     $ 99,933.31

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 99,933.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 209,716.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 13,609.72 | 0.00 | 6,485.25 |
| 3 | Quantum3 Group LLC as agent for | 7,787.83 | 0.00 | 3,711.03 |
| 4 | PYOD, LLC its successors and assigns as assignee | 1,516.10 | 0.00 | 722.45 |
| 5 | American InfoSource LP as agent for | 1,137.67 | 0.00 | 542.12 |
| 6 | US BANK N.A. | 2,133.79 | 0.00 | 1,016.78 |
| 7 | Portfolio Recovery Associates, LLC | 7,261.95 | 0.00 | 3,460.44 |
| 8 | Portfolio Recovery Associates, LLC | 23,590.78 | 0.00 | 11,241.38 |
| 9 | Capital Recovery V, LLC | 6,826.53 | 0.00 | 3,252.95 |
| 10 | Capital Recovery V, LLC | 1,140.28 | 0.00 | 543.36 |
| 11 | Portfolio Recovery Associates, LLC | 4,722.58 | 0.00 | 2,250.38 |
| 13U | Hoyne Savings Bank | 59,369.25 | 0.00 | 28,290.40 |
| 14U | Hoyne Savings Bank | 60,410.69 | 0.00 | 28,786.66 |
| 15 | Velocity Investments, LLC | 9,922.90 | 0.00 | 4,728.42 |
| 16 | Velocity Investments, LLC | 10,286.51 | 0.00 | 4,901.69 |

**UST Form 101-7-TFR (05/1/2011)**

|  | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 99,933.31 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**