**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:    NALECK, LEONARD J            §       Case No. 13-46105
                                       §
                                       §
Debtor(s)                              §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Room 710
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held on **06/19/2015 at 1: 30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane, Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>05/18/2015</u>        By:   <u>/s/ Ilene F. Goldstein</u>
                                            Trustee

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: NALECK, LEONARD J | § | Case No. 13-46105 |
| | § | |
| | § | |
| Debtor(s) | § | |

# SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 141,420.34 |
| *and approved disbursements of* | $ 21,013.41 |
| *leaving a balance on hand of* [1] | $ 120,406.93 |
| **Balance on hand:** | $ 120,406.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 6,861.08 | 0.00 | 0.00 | 0.00 |
| 12 | Hoyne Savings Bank | 254,935.90 | 0.00 | 0.00 | 0.00 |
| 13S | Hoyne Savings Bank | 165,064.10 | 0.00 | 0.00 | 0.00 |
| 14S | Hoyne Savings Bank | 280,000.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 120,406.93 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 9,371.02 | 0.00 | 9,371.02 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 10,935.00 | 0.00 | 10,935.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 167.60 | 0.00 | 167.60 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 20,473.62 |
| Remaining balance: | $ 99,933.31 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 99,933.31 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 99,933.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 209,716.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 13,609.72 | 0.00 | 6,485.25 |
| 3 | Quantum3 Group LLC as agent for | 7,787.83 | 0.00 | 3,711.03 |
| 4 | PYOD, LLC its successors and assigns as assignee | 1,516.10 | 0.00 | 722.45 |
| 5 | American InfoSource LP as agent for | 1,137.67 | 0.00 | 542.12 |
| 6 | US BANK N.A. | 2,133.79 | 0.00 | 1,016.78 |
| 7 | Portfolio Recovery Associates, LLC | 7,261.95 | 0.00 | 3,460.44 |
| 8 | Portfolio Recovery Associates, LLC | 23,590.78 | 0.00 | 11,241.38 |
| 9 | Capital Recovery V, LLC | 6,826.53 | 0.00 | 3,252.95 |
| 10 | Capital Recovery V, LLC | 1,140.28 | 0.00 | 543.36 |
| 11 | Portfolio Recovery Associates, LLC | 4,722.58 | 0.00 | 2,250.38 |
| 13U | Hoyne Savings Bank | 59,369.25 | 0.00 | 28,290.40 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 14 | Provident Savings Bank | 60,406.80 | 0.00 | 28,786.61 |
| 15 | Velocity Investments, LLC | 9,922.90 | 0.00 | 4,728.42 |
| 16 | Velocity Investments, LLC | 10,286.51 | 0.00 | 4,901.69 |

                                Total to be paid for timely general unsecured claims:    $       99,933.31

                                Remaining balance:    $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                                Total to be paid for tardy general unsecured claims:    $       0.00

                                Remaining balance:    $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                                Total to be paid for subordinated claims:    $       0.00

                                Remaining balance:    $       0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                            Case No. 13-46105-ABG
Leonard J Naleck                                                                  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina            Page 1 of 3                Date Rcvd: Jun 01, 2015
                              Form ID: pdf006          Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2015.
db            +Leonard J Naleck,    21245 Cliffside Dr.,    Kildeer, IL 60047-8516
21276832       ARS National Services, Inc.,    PO Box 463023,    Escondido, CA 92046-3023
21276827       Advanced Call Center Technologies,,    PO Box 9091,    Gary, TN 37615-9091
21276829      +Allied Interstate Inc,    7525 W Campus Rd,    New Albany, OH 43054-1121
21276828      +Allied Interstate Inc,    Attn: Bankruptcy,    3000 Corporate Exchange Dr., 5th Floor,
                Columbus, OH 43231-7723
21276830      +American Coradius International, LL,    2420 Sweet Home Rd., Ste. 150,    Amherst, NY 14228-2244
22012621      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
21276831      +American Recovery Service, Inc.,    555 St. Charles Dr., Ste. 110,
                Thousand Oaks, CA 91360-3982
21276834     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
21276835      +Bp/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
21276840     ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,   COLUMBUS OH 43220-3662
              (address filed with court: Choicerecov,    1550 Old Henderson Rd St,    Columbus, OH 43220)
21276843     ++CITIBANK,    PO BOX 6043,   SIOUX FALLS SD 57117-6043
              (address filed with court: Citibank Sd, Na,    Citi Corp Credit Services/Attn:Centraliz,
                7920 Nw 110th St,    Kansas City, MO 64195)
21276841     ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citgo Oil / Citibank,     Citicorp Credit Services/Attn:Centralize,
                Po Box 20507,    Kansas City, MO 64195)
21276838      +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
21276839      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
21276842      +Citgo Oil / Citibank,    Po Box 6497,   Sioux Falls, SD 57117-6497
21276844      +Citibank Sd, Na,    Po Box 6241,   Sioux Falls, SD 57117-6241
21276846      +Citibank Usa,    Po Box 6497,   Sioux Falls, SD 57117-6497
21276855     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,     Po Box 6275,    Dearborn, MI 48121)
21276851      +First Data,    1307 Walt Whitman Rd,    Melville, NY 11747-4819
21276852      +First Data,    265 Broad Hollow R,    Melville, NY 11747-4833
21276853      +First Midwest Bank/na,    3800 Rock Creek Blvd.,    Joliet, IL 60431-7939
21276856      +Ford Motor Credit Corporation,    Po Box Box 542000,    Omaha, NE 68154-8000
21276872     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc Bank,    Po Box 52530,   Carol Stream, IL 60196)
21276876      +HSBC/Menards,    Attn: Bankruptcy,   Pob 5263,    Carol Stream, IL 60197-5263
21276877      +HSBC/Menards,    101 5th St E Ste A,    Saint Paul, MN 55101-1808
21276871      +Hoyne Savings Bank,    Brandon R Freud,   Ruff Frued Breems & Nelson Ltd,
                200 N LaSalle St., Suite 2020,    Chicago, IL 60601-1025
21276874      +Hsbc/bstby,    Po Box 5253,   Carol Stream, IL 60197-5253
21276875      +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
21276880       Mid Amer Fsl,    55th And Holmes,   Clarendon Hill, IL 60514
21276882      +Odpt/cbsd,    Po Box 6497,   Sioux Falls, SD 57117-6497
21276881      +Odpt/cbsd,    Attn: Centralized Bankruptcy,    P.O. Box 20507,   Kansas City, MO 64195-0507
21276886     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,     120 Corporate Blvd Ste 1,    Norfolk, VA 23502)
21276883      +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
                Chicago, IL 60601-6207
21276887      +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
21276888      +Sears/cbsd,    Po Box 6189,   Sioux Falls, SD 57117-6189
21276889     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    Toyota Financial Services,    Po Box 8026,
                Cedar Rapids, IA 52408)
21276890      +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
22018127     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                CINCINNATI, OH 45201-5229)
21276892      +Unvl/citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
21276894      +Velocity Investments, LLC,    PO Box 788,   Wall, NJ 07719-0788
21276895      +Wffnb/steinhafels Furn,    Po Box 94498,    Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21276836      +E-mail/Text: ebn@squaretwofinancial.com Jun 02 2015 02:07:11     Cach Llc/Square Two Financial,
                Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
21276837      +E-mail/Text: ebn@squaretwofinancial.com Jun 02 2015 02:07:11     Cach Llc/Square Two Financial,
                4340 S Monaco St Unit 2,    Denver, CO 80237-3408
22027832       E-mail/PDF: rmscedi@recoverycorp.com Jun 02 2015 01:55:41     Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21670309       E-mail/PDF: mrdiscen@discover.com Jun 02 2015 02:18:07     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
21276847      +E-mail/PDF: mrdiscen@discover.com Jun 02 2015 02:18:07     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
21276849       E-mail/Text: data_processing@fin-rec.com Jun 02 2015 02:05:25
                Financial Recovery Services, Inc.,    PO Box 385908,   Minneapolis, MN 55438-5908

```
District/off: 0752-1           User: nmolina              Page 2 of 3                  Date Rcvd: Jun 01, 2015
                               Form ID: pdf006           Total Noticed: 68

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21276850      +E-mail/Text: swilloughby@firstbt.com Jun 02 2015 02:08:38     First Bank & Trust,
               820 Church St,   Evanston, IL 60201-3764
21276854      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jun 02 2015 02:06:39     First Midwest Bank/na,
               300 N Hunt Club Rd,   Gurnee, IL 60031-2502
21276857      +E-mail/Text: ally@ebn.phinsolutions.com Jun 02 2015 02:04:51    G M A C,   P O Box 380901,
               Bloomington, MN 55438-0901
21276859      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2015 01:55:51     GECRB/AVB Buying Group,
               Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
21276860      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2015 01:55:38     GECRB/AVB Buying Group,
               Po Box 981439,   El Paso, TX 79998-1439
21276865       E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2015 01:56:02     GECRB/JC Penny,   Po Box 984100,
               El Paso, TX 79998
21276864      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2015 01:56:02     GECRB/JC Penny,
               Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
21276861      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2015 01:56:02     Gecrb/Care Credit,
               Attn: bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
21276862      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2015 01:55:38     Gecrb/Care Credit,
               C/o Po Box 965036,   Orlando, FL 32896-0001
21276867      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2015 01:55:39     Gecrb/Lowes,   Po Box 965005,
               Orlando, FL 32896-5005
21276866      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2015 01:55:51     Gecrb/Lowes,   Attn: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
21276863      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2015 01:55:39     Gecrb/home Dsgn Floori,
               C/o Po Box 965036,   Orlando, FL 32896-0001
21276868      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2015 01:56:02     Gecrb/steinhafels,
               C/o Po Box 965036,   Orlando, FL 32896-0001
21276869      +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2015 01:56:02     Gecrb/walmart,   Po Box 965024,
               Orlando, FL 32896-5024
21276870      +E-mail/Text: bankruptcy@gsb.com Jun 02 2015 02:06:40     Glenview State Bank,   800 Waukegan Rd,
               Glenview, IL 60025-4310
21276878       E-mail/Text: cio.bncmail@irs.gov Jun 02 2015 02:05:15     Internal Revenue Service,
               Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
21276879       E-mail/Text: www@arthuradler.com Jun 02 2015 02:06:23     Law Offices of Arthur Adler & Assoc,
               25 E. Washington St., Ste. 1221,   Chicago, IL 60602-1875
21938784      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 02 2015 01:55:42
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
21683642       E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2015 02:05:43
               Quantum3 Group LLC as agent for,   Crown Asset Management LLC,   PO Box 788,
               Kirkland, WA 98083-0788
22048728      +E-mail/Text: www@arthuradler.com Jun 02 2015 02:06:23     Velocity Investments, LLC,
               c/o ADLER AND ASSOCIATES,   25 E WASHINGTON, STE. 1221,   CHICAGO, IL 60602-1875
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Law Office of Ilene F Goldstein
21276858       Gecrb/ace Hardware
21276873       Hsbc Bank
21276845*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citibank Usa,   Citicorp Credit Services/Attn:Centralize,
               Po Box 20507,   Kansas City, MO 64195)
21276891*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,
               Kansas City, MO 64195)
21276885*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
               Norfolk, VA 23541)
22018973*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
               Successor to DELL FINANCIAL SERVICES,,   By PRA Receivables, LLC,   POB 41067,
               Norfolk VA 23541)
22018976*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
               Successor to FIA CARD SERVICES, N.A.,   (BANK OF AMERICA) by PRA Receivables Mgm,   POB 41067,
               Norfolk VA 23541)
22028287*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
               successor to GENERAL ELECTRIC CAPITAL CO,   POB 41067,   Norfolk VA 23541)
21276893*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank Hogan Loc,   Po Box 5227,   Cincinnati, OH 45201)
21276833      ##+Baker & Miller, PC,   29 N. Wacker Dr., 5th Fl.,   Chicago, IL 60606-3227
21276848      ##+Dynia & Associates, LLC,   4849 N. Milwaukee Ave., Ste. 801,   Chicago, IL 60630-2680
21276884      ##+Peoples Gas,   130 E Randolph Dr,   Chicago, IL 60601-6207
                                                                                      TOTALS: 3, * 7, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: nmolina              Page 3 of 3              Date Rcvd: Jun 01, 2015
                              Form ID: pdf006            Total Noticed: 68
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2015 at the address(es) listed below:
          George J Koulogeorge    on behalf of Debtor Leonard J Naleck bankruptcy@attorneychicago.com
          Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
           IL35@ecfcbis.com
          Ilene F Goldstein, ESQ    ifgcourt@aol.com, IL35@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stephen G Wolfe    on behalf of U.S. Trustee Patrick S Layng steve.g.wolfe@usdoj.gov,
           jennifer.r.toth@usdoj.gov
                                                                                             TOTAL: 5
```