# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: NALECK, LEONARD J    § Case No. 13-46105
                            §
                            §
Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $988,231.00                      Assets Exempt: $279,949.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $99,933.31        Claims Discharged
                                                   Without Payment: $109,783.27

Total Expenses of Administration: $22,487.03

3) Total gross receipts of $ 141,420.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 19,000.00 (see **Exhibit 2**), yielded net receipts of $122,420.34 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $706,861.08 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,487.03 | 22,487.03 | 22,487.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 209,716.58 | 209,716.58 | 99,933.31 |
| **TOTAL DISBURSEMENTS** | $0.00 | $939,064.69 | $232,203.61 | $122,420.34 |

4) This case was originally filed under Chapter 7 on November 27, 2013. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2015     By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

Case 13-46105  Doc 52  Filed 12/01/15  Entered 12/01/15 15:10:51  Desc Main
Document      Page 3 of 9

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wrongful death lawsuit | 1129-000 | 141,420.34 |
| **TOTAL GROSS RECEIPTS** | | **$141,420.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Leonard Naleck | Exemtions Wrongful Death | 8100-002 | 15,000.00 |
| Leonard Naleck | Exemptions Wild card | 8100-002 | 4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$19,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | N/A | 6,861.08 | 0.00 | 0.00 |
| 12 | Hoyne Savings Bank | 4110-000 | N/A | 254,935.90 | 0.00 | 0.00 |
| 13S | Hoyne Savings Bank | 4110-000 | N/A | 165,064.10 | 0.00 | 0.00 |
| 14S | Hoyne Savings Bank | 4110-000 | N/A | 280,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$706,861.08** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 9,371.02 | 9,371.02 | 9,371.02 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 10,935.00 | 10,935.00 | 10,935.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 167.60 | 167.60 | 167.60 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 223.73 | 223.73 | 223.73 |
| Rabobank, N.A. | 2600-000 | N/A | 196.30 | 196.30 | 196.30 |
| Rabobank, N.A. | 2600-000 | N/A | 216.31 | 216.31 | 216.31 |
| Rabobank, N.A. | 2600-000 | N/A | 209.23 | 209.23 | 209.23 |
| Rabobank, N.A. | 2600-000 | N/A | 181.96 | 181.96 | 181.96 |
| Rabobank, N.A. | 2600-000 | N/A | 214.27 | 214.27 | 214.27 |
| Rabobank, N.A. | 2600-000 | N/A | 174.28 | 174.28 | 174.28 |
| Rabobank, N.A. | 2600-000 | N/A | 162.42 | 162.42 | 162.42 |
| Rabobank, N.A. | 2600-000 | N/A | 185.38 | 185.38 | 185.38 |
| Arthur B. Levine Company | 2300-000 | N/A | 66.03 | 66.03 | 66.03 |
| Rabobank, N.A. | 2600-000 | N/A | 173.50 | 173.50 | 173.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $22,487.03 | $22,487.03 | $22,487.03 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank | 7100-000 | N/A | 13,609.72 | 13,609.72 | 6,485.25 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 7,787.83 | 7,787.83 | 3,711.03 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,516.10 | 1,516.10 | 722.45 |
| 5 | American InfoSource LP as agent for | 7100-000 | N/A | 1,137.67 | 1,137.67 | 542.12 |
| 6 | US BANK N.A. | 7100-000 | N/A | 2,133.79 | 2,133.79 | 1,016.78 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 7,261.95 | 7,261.95 | 3,460.44 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 23,590.78 | 23,590.78 | 11,241.38 |
| 9 | Capital Recovery V, LLC | 7100-000 | N/A | 6,826.53 | 6,826.53 | 3,252.95 |
| 10 | Capital Recovery V, LLC | 7100-000 | N/A | 1,140.28 | 1,140.28 | 543.36 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 4,722.58 | 4,722.58 | 2,250.38 |
| 13U | Hoyne Savings Bank | 7100-000 | N/A | 59,369.25 | 59,369.25 | 28,290.40 |
| 14U | Hoyne Savings Bank | 7100-000 | N/A | 60,410.69 | 60,410.69 | 28,786.66 |
| 15 | Velocity Investments, LLC | 7100-000 | N/A | 9,922.90 | 9,922.90 | 4,728.42 |
| 16 | Velocity Investments, LLC | 7100-000 | N/A | 10,286.51 | 10,286.51 | 4,901.69 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $209,716.58 | $209,716.58 | $99,933.31 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-46105  
**Case Name:** NALECK, LEONARD J

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/27/13 (f)  
**§341(a) Meeting Date:** 01/09/14

**Period Ending:** 11/11/15  
**Claims Bar Date:** 06/13/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 21245 Cliffside Dr., Kildeer, IL 60047<br>Imported from original petition Doc# 1 | 420,000.00 | 0.00 | | 0.00 | FA |
| 2 | 8256 W. Forest Preserve Dr., Chicago,<br>Imported from original petition Doc# 1 | 280,000.00 | 0.00 | | 0.00 | FA |
| 3 | Westgate Vacation Villas timeshare<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 4 | Cash<br>Imported from Amended Doc#: 29 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Fifth-Third checking account<br>Imported from Amended Doc#: 29 | 775.00 | 375.00 | | 0.00 | FA |
| 6 | Fifth-Third savings account<br>Imported from Amended Doc#: 29 | 1,250.00 | 0.00 | | 0.00 | FA |
| 7 | PNC checking account<br>Imported from Amended Doc#: 29 | 2,100.00 | 0.00 | | 0.00 | FA |
| 8 | PNC savings account<br>Imported from Amended Doc#: 29 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9 | Kone Credit Union savings account<br>Imported from Amended Doc#: 29 | 1,900.00 | 1,900.00 | | 0.00 | FA |
| 10 | Misc. household goods<br>Imported from Amended Doc#: 29 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 11 | Misc. petty items<br>Imported from Amended Doc#: 29 | 500.00 | 500.00 | | 0.00 | FA |
| 12 | Misc. clothing<br>Imported from Amended Doc#: 29 | 100.00 | 100.00 | | 0.00 | FA |
| 13 | Misc. petty items<br>Imported from Amended Doc#: 29 | 100.00 | 100.00 | | 0.00 | FA |
| 14 | Misc. petty items<br>Imported from Amended Doc#: 29 | 100.00 | 100.00 | | 0.00 | FA |
| 15 | Prudential whole life insruance (two policies)<br>Imported from Amended Doc#: 29 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | IEUC Local 2 pension<br>Imported from Amended Doc#: 29 | Unknown | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-46105  
**Case Name:** NALECK, LEONARD J  

**Period Ending:** 11/11/15

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/27/13 (f)  
**§341(a) Meeting Date:** 01/09/14  
**Claims Bar Date:** 06/13/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17   401k through work  Imported from Amended Doc#: 29 | 150,000.00 | 0.00 | | 0.00 | FA |
| 18   IRA  Imported from Amended Doc#: 29 | 60,000.00 | 0.00 | | 0.00 | FA |
| 19   IRA - Roth  Imported from Amended Doc#: 29 | 60,000.00 | 0.00 | | 0.00 | FA |
| 20   Fidelity account  Imported from Amended Doc#: 29 | 50.00 | 0.00 | | 0.00 | FA |
| 21   Wrongful death lawsuit  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 22   Wrongful death lawsuit  Imported from Amended Doc#: 29 | 141,251.82 | 137,251.82 | | 141,420.34 | FA |
| 23   2008 Ford Edge (78k miles)  Imported from Amended Doc#: 29 | 9,156.00 | 0.00 | | 0.00 | FA |
| 23   Assets   Totals (Excluding unknown values) | **$1,129,482.82** | **$142,326.82** | | **$141,420.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE RECENTLY OBTIANED AN APPROVAL OF A WRONGFUL DEATH CLAIM.  IN ADDITION RESOLVED EXEMPTION ISSUES WITH THE DEBTOR.  THE TRUSTEE ALSO RESOLVED CLAIMS.  SHE IS IN THE PROCESS OF CLOSING THIS CASE.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2015          **Current Projected Date Of Final Report (TFR):**    June 30, 2015

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-46105  
**Case Name:** NALECK, LEONARD J  
**Taxpayer ID #:** **-***5114  
**Period Ending:** 11/11/15  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/26/14 | {22} | Levin $PercontoCFA | Settlement of PI Claim | 1129-000 | 141,420.34 | | 141,420.34 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 141,410.34 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 223.73 | 141,186.61 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 196.30 | 140,990.31 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.31 | 140,774.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 209.23 | 140,564.77 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.96 | 140,382.81 |
| 12/05/14 | 101 | Leonard Naleck | Exemtions Wrongful Death | 8100-002 | | 15,000.00 | 125,382.81 |
| 12/05/14 | 102 | Leonard Naleck | Exemptions Wild card | 8100-002 | | 4,000.00 | 121,382.81 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.27 | 121,168.54 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.28 | 120,994.26 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.42 | 120,831.84 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.38 | 120,646.46 |
| 04/03/15 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #13-46105, Bond | 2300-000 | | 66.03 | 120,580.43 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.50 | 120,406.93 |
| 06/19/15 | 104 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $9,371.02, Trustee Compensation; Reference: | 2100-000 | | 9,371.02 | 111,035.91 |
| 06/19/15 | 105 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $167.60, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 167.60 | 110,868.31 |
| 06/19/15 | 106 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $10,935.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 10,935.00 | 99,933.31 |
| 06/19/15 | 107 | Discover Bank | Dividend paid 47.65% on $13,609.72; Claim# 2; Filed: $13,609.72; Reference: | 7100-000 | | 6,485.25 | 93,448.06 |
| 06/19/15 | 108 | Quantum3 Group LLC as agent for | Dividend paid 47.65% on $7,787.83; Claim# 3; Filed: $7,787.83; Reference: | 7100-000 | | 3,711.03 | 89,737.03 |
| 06/19/15 | 109 | PYOD, LLC its successors and assigns as assignee | Dividend paid 47.65% on $1,516.10; Claim# 4; Filed: $1,516.10; Reference: | 7100-000 | | 722.45 | 89,014.58 |
| 06/19/15 | 110 | American InfoSource LP as agent for | Dividend paid 47.65% on $1,137.67; Claim# 5; Filed: $1,137.67; Reference: | 7100-000 | | 542.12 | 88,472.46 |
| 06/19/15 | 111 | US BANK N.A. | Dividend paid 47.65% on $2,133.79; Claim# 6; Filed: $2,133.79; Reference: | 7100-000 | | 1,016.78 | 87,455.68 |
| 06/19/15 | 112 | Portfolio Recovery Associates, LLC | Dividend paid 47.65% on $7,261.95; Claim# 7; Filed: $7,261.95; Reference: | 7100-000 | | 3,460.44 | 83,995.24 |
| 06/19/15 | 113 | Portfolio Recovery Associates, LLC | Dividend paid 47.65% on $23,590.78; Claim# | 7100-000 | | 11,241.38 | 72,753.86 |

Subtotals : $141,420.34  $68,666.48

{} Asset reference(s)

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 13-46105  
**Case Name:** NALECK, LEONARD J  

**Taxpayer ID #:** **-***5114  
**Period Ending:** 11/11/15  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 8; Filed: $23,590.78; Reference: | | | | |
| 06/19/15 | 114 | Capital Recovery V, LLC | Dividend paid 47.65% on $6,826.53; Claim# 9; Filed: $6,826.53; Reference: | 7100-000 | | 3,252.95 | 69,500.91 |
| 06/19/15 | 115 | Capital Recovery V, LLC | Dividend paid 47.65% on $1,140.28; Claim# 10; Filed: $1,140.28; Reference: | 7100-000 | | 543.36 | 68,957.55 |
| 06/19/15 | 116 | Portfolio Recovery Associates, LLC | Dividend paid 47.65% on $4,722.58; Claim# 11; Filed: $4,722.58; Reference: | 7100-000 | | 2,250.38 | 66,707.17 |
| 06/19/15 | 117 | Hoyne Savings Bank | Dividend paid 47.65% on $59,369.25; Claim# 13U; Filed: $59,369.25; Reference: | 7100-000 | | 28,290.40 | 38,416.77 |
| 06/19/15 | 118 | Hoyne Savings Bank | Dividend paid 47.65% on $60,410.69; Claim# 14U; Filed: $60,410.69; Reference: | 7100-000 | | 28,786.66 | 9,630.11 |
| 06/19/15 | 119 | Velocity Investments, LLC | Dividend paid 47.65% on $9,922.90; Claim# 15; Filed: $9,922.90; Reference: | 7100-000 | | 4,728.42 | 4,901.69 |
| 06/19/15 | 120 | Velocity Investments, LLC | Dividend paid 47.65% on $10,286.51; Claim# 16; Filed: $10,286.51; Reference: | 7100-000 | | 4,901.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 141,420.34 | 141,420.34 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 141,420.34 | 141,420.34 | |
| | | | Less: Payments to Debtors | | | 19,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$141,420.34** | **$122,420.34** | |

Net Receipts : 141,420.34  
Less Payments to Debtor : 19,000.00  
Net Estate : $122,420.34  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0066** | 141,420.34 | 122,420.34 | 0.00 |
| | **$141,420.34** | **$122,420.34** | **$0.00** |